Jennifer J. Chapin (MO Bar #50554)
2600 Grand Blvd., Suite 210
Kansas City, MO 64108
Telephone:  816-456-0372
Facsimile:   816-960-7751
E-mail:  jchapin@cftc.gov

Joan M. Manley
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581
Telephone: 202-418-5356
Facsimile: 202-418-5523
E-mail: jmanley@cftc.gov
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Debiex,<br><br>　　　　　　　Defendant<br><br>Zhāng Chéng Yáng,<br><br>　　　　　Relief Defendant | No.  CV-24-000117-PHX-DLR<br><br>**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST RELIEF DEFENDANT ZHANG CHENG YANG PURSUANT TO FED. R. CIV. P. 55(a)** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") Plaintiff Commodity Futures Trading Commission ("CFTC") hereby requests a clerk's entry of default against Relief Defendant Zhāng Chéng Yáng ("Zhang"). In support of this request, the CFTC states the following:

1.  On January 17, 2024, the CFTC filed a one-count complaint against Defendant Debiex, alleging that it engaged in a coordinated scheme to defraud U.S. customers ("Customers"). Doc. 1. The scheme involved the misappropriation of at least $2.3 million from Customers. *Id.* The Complaint alleges that, by dint of this fraudulent scheme, Debiex violated Section 6(c)(1) of the Commodity Exchange Act, 7 U.S.C. § 9(1), and CFTC Regulation 180.1(a)(1), (3), 17 C.F.R. § 180.1(a)(1), (3) (2023). *Id.*

2.  The CFTC's Complaint named Zhang as a relief defendant, because, as alleged, he is believed to be acting as a money mule for Debiex. Doc. 1. Zhang owns or otherwise controls a digital asset wallet that received digital assets to which he had no legitimate claim and for which he did not provide any services to Customers. *Id.*

3.  On March 29, 2024, the CFTC moved this Court for an order of alternative service on Zhang pursuant to Fed. R. Civ. P. 4(f)(3). Doc. 12. In that motion, the CFTC sought an order permitting service on Zhang via his email address. *Id.*

4.  On April 1, 2024, this Court granted the CFTC's motion. Doc. 14.

5.  On April 2, 2024, the Clerk issued a summons to Zhang. Doc. 18.1.

6. Subsequently, on April 3, 2024, the undersigned counsel for the CFTC served Zhang with the summons and complaint at his email address. Doc. 19.

7. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Zhang's answer or other responsive pleading was due within 21 days after being served with the summons and complaint. In other words, Zhang's answer or other responsive pleading was due on or before April 24, 2024.

8. To date, Zhang has failed to answer or otherwise respond to the CFTC's complaint.

9. Pursuant to Fed. R. Civ. P. 55(a), the Clerk of this Court must enter default against a party against whom a judgment for affirmative relief is sought when that party has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise.

10. This Court's docket shows that Zhang has failed to plead or otherwise defend against the CFTC's complaint.

WHEREFORE, Pursuant to Fed. R. Civ. P. 55(a), the CFTC requests a Clerk's entry of default against Relief Defendant Zhāng Chéng Yáng. A proposed order is submitted with this motion.

Dated: May 14, 2024

Respectfully submitted,

*Jennifer J. Chapin*
_____
Jennifer J. Chapin (MO Bar #50554)
Senior Trial Attorney
Division of Enforcement
Commodity Futures Trading Commission
2600 Grand Blvd., Suite 210
Kansas City, MO 64108
Telephone:  816-456-0372
Facsimile:   816-960-7751
E-mail:  jchapin@cftc.gov

Joan M. Manley
Deputy Director, Division of Enforcement
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street NW
Washington, DC 20581
Telephone: 202-418-5356
Facsimile: 202-418-5523
E-mail: jmanley@cftc.gov