IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>            Plaintiff,<br><br>       v.<br><br>Debiex,<br><br>            Defendant<br><br>Zhāng Chéng Yáng,<br><br>            Relief Defendant | No. CV-24-000117-PHX-DLR<br><br>**[PROPOSED] CLERK'S ENTRY OF DEFAULT AGAINST RELIEF DEFENDANT ZHANG CHENG YANG** |

The Court, having reviewed Plaintiff Commodity Future Trading Commission's ("CFTC") Motion for Clerk's Entry of Default Against Relief Defendant Zhāng Chéng Yáng ("Zhang") pursuant to Fed. R. Civ. P. 55(a) (Doc. 21), and for good cause shown,

**HEREBY FINDS THAT**:

1. Zhang was served with the summons and complaint on April 3, 2024. Doc. 19.

1

2.  Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Zhang's answer or other responsive pleading was due within 21 days after being served with the summons and complaint.

3.  Zhang's answer or other responsive pleading was due on or before April 24, 2024.

4.  To date, Zhang has failed to answer or otherwise respond to the CFTC's complaint.

5.  Pursuant to Fed. R. Civ. P. 55(a), the Clerk of this Court must enter default against a party against whom a judgment for affirmative relief is sought when that party has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise.

6.  This Court's docket shows that Zhang has failed to answer or otherwise defend against the CFTC's complaint

Accordingly,

**IT IS ORDERED** that the CFTC's Motion for Clerk's Entry of Default Against Relief Defendant Zhāng Chéng Yáng (Doc. 21) is hereby **granted** and the Clerk hereby enters a Rule 55(a) default against him.

Dated: _____, 2024